BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: 415-977-8942
    Facsimile: 415-744-0134
    E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHY LEN CRASE, ) | No. 2:12-cv-1315-DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER OF |
| vs. ) | VOLUNTARY REMAND AND DISMISSAL |
| ) | OF CASE, WITH DIRECTIONS TO CLERK |
| MICHAEL J. ASTRUE ) | TO ENTER JUDGMENT |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

    The parties hereby stipulate that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. Section 405(g).

    On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for a *de novo* hearing and new decision.  The basis for this request is that the current file includes procedural documents and medical evidence that were not exhibited, and it is thus unclear what the ALJ considered in reaching the current decision under review.

Stip & Prop. Order for Remand; 2:12-cv-1315-DAD       1

The parties agree that appropriate judgment under sentence four of 42 U.S.C. Section 405(g) may be entered. It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to *Shalala v. Schaefer,* 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: November 19, 2012

BY: /s/ *Joseph C. Fraulob*\*
JOSEPH C. FRAULOB
Attorney for Plaintiff
KATHY LEN CRASE
(*by email authorization on November 19, 2012)

Dated: November 19, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

BY: /s/ *Scott J. Borrowman*
SCOTT J. BORROWMAN
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: November 26, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\crase1315.stip.remand.doc

Stip & Prop. Order for Remand; 2:12-cv-1315-DAD      2