LAW OFFICES OF
HADLEY & FRAULOB
P. O. BOX 2487
230 FIFTH STREET
MARYSVILLE, CALIFORNIA 95901
(530) 743-4458
FAX (530) 743-5008
JOSEPH C. FRAULOB- CALIFORNIA STATE BAR #194355
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| KATHY LEN CRASE, | ) No. 2:12-cv-1315-DAD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) SETTLING ATTORNEYS' FEES |
| | ) PURSUANT TO THE EQUAL ACCESS TO |
| MICHAEL J. ASTRUE | ) JUSTICE ACT (28 U.S.C. 2412) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access of Justice Act ("EAJA") petition by Plaintiff (ECF No. 16) is hereby withdrawn.

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record, and subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C., Section 2412(d), in the amount of ONE THOUSAND ONE HUNDRED DOLLARS and no/cents ($1,100.00) (the "Agreed Amount"). The Agreed Amount represents compensation for all legal services rendered on behalf of Plaintiff by Plaintiff's attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA Fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's counsel.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of Treasury's Offset Program.  After the order for EAJA Fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Plaintiff's counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney's fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.

Payment of the Agreed Amount shall constitute a complete release from, and bar to, any and all claims Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees and expenses in connection with this action.

///
///
///
///
///
///
///
///
///
///
///

1        This award is without prejudice to the rights of Plaintiff's counsel, if any, to seek Social

2   Security Act attorney fees authorized by 42 U.S.C. § 406(b), subject to the provisions of the

3   EAJA.

4                                      Respectfully submitted,

5   Dated: December 7, 2012           BY:    /s/ *Joseph C. Fraulob**

6                                      JOSEPH C. FRAULOB
                                   Attorney for Plaintiff

7                                      KATHY LEN CRASE

8                                      (*by email authorization on December 6, 2012)

9

10  Dated: December 7, 2012           BENJAMIN B. WAGNER

11                                     United States Attorney
                                   DONNA L. CALVERT

12                                     Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

13

14                    BY:    /s/ *Scott J. Borrowman*

15                                     SCOTT J. BORROWMAN
                                   Special Assistant United States Attorney

16                                     Attorneys for Defendant

17

18                                 ORDER

19

20  APPROVED AND SO ORDERED.

21  Dated:  December 7, 2012

22

23

24                                 DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

25  Ddad1\orders.soc sec\crase1315.stip.eaja.doc

26

27

28